

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-19-00393-CV

State Farm **LLOYDS**,
Appellant

v.

Stephen A. **VEALE**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10370
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion to Dismiss Appeal is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court